# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JAMEL EWING GREENE**  PETITIONER

v.  Case No. 2:23-cv-00073-KGB-PSH

**DEPARTMENT OF VETERANS AFFAIRS**  RESPONDENT

## ORDER

Before the Court are the Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 8). Plaintiff Jamel Ewing Greene has not filed any objections to the Recommendation, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Accordingly, Mr. Greene's petition for writ of *habeas corpus* is dismissed without prejudice (Dkt. Nos. 1; 3). The Court denies the relief sought.

So ordered this 18th day of November, 2024.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge